Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEW FLYER INDUSTRIES CANADA ULC, and NEW FLYER OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> RUGBY AVIATION LLC d/b/a SAN JUAN AIRLINES, <br><br> Defendant. | No. 2:18-cv-00299-RSL <br><br> STIPULATED MOTION EXTENDING INITIAL SCHEDULING DATES <br><br> **NOTE ON MOTION CALENDAR April 4, 2018** |

Plaintiffs New Flyer Industries Canada ULC and New Flyer of America Inc. ("Plaintiffs") and Rugby Aviation LLC d/b/a San Juan Airlines ("Defendant") (collectively, the "Parties"), jointly and respectfully request that the Court extend the current initial scheduling dates in this matter by sixty days.

Under the current schedule, the Parties are to conduct the FRCP 26(f) Conference on March 28, 2018, submit Initial Disclosures Pursuant to FRCP 26(a)(1) by April 4, 2018, and submit a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR26(f).

Defendant was served on March 20, 2018 and a Waiver of the Service of Summons (Dkt. No. 10) was filed on March 26, 2018, allowing Defendant sixty days to answer or file a motion under Rule 12. The Parties have agreed it would be more productive for them and the Court if the Initial Disclosures and Combined Joint Status Report were submitted after

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DATES (2:18-cv-00299-RSL) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

1  Defendant has had an opportunity to answer or otherwise respond to the Complaint (Dkt. No.
2  1). The Parties agree that no prejudice will be incurred by either side, and judicial economy
3  will be served, if this joint request is granted.

4      STIPULATED and AGREED TO this 4th day of April, 2018.

6  s/ John D. Denkenberger
7  John D. Denkenberger, WSBA No.: 25,907
  Christensen O'Connor Johnson Kindness^PLLC
8  1201 Third Avenue, Suite 3600
  Seattle, WA 98101-3029
9  Telephone: 206.682.8100
  Fax: 206.224.0779
10 E-mail: john.denkenberger@cojk.com,
11 litdoc@cojk.com

13 s/ Matthew J. Marquardt
  Matthew J. Marquardt, WSBA No.: 25,371
14 John S. Artz (admitted pro hac vice)
  Dickinson Wright PLLC
15 2600 West Big Beaver Road, Suite 300
  Troy, Michigan 48084
16 Telephone: 416.777.2393
  Fax: 844.670.6009
17 E-mail: MMarquardt@dickinsonwright.com;
  JSArtz@dickinsonwright.com
18

19 *Attorneys for Plaintiffs New Flyer Industries*
  *Canada ULC and New Flyer of America Inc.*

s/ Jessica L. Goldman
Jessica L. Goldman, WSBA No.: 21856
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: 206.676.7000
Fax: 206.676.7001
E-mail: jessicag@summitlaw.com

*Attorney for Defendant Rugby Aviation LLC*
*d/b/a San Juan Airlines*

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DATES (2:18-cv-00299-RSL) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

## (PROPOSED) ORDER

Based on the foregoing Stipulated Motion, the Court orders that the Stipulated Motion and (Proposed) Order Extending Initial Scheduling Dates by sixty days is GRANTED. The Initial Scheduling Dates are continued as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | May 29, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | June 4, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f): | June 11, 2018 |

IT IS SO ORDERED.

Dated this 5th day of April, 2018.

_____
Robert S. Lasnik
United States District Court Judge

Presented by:

s/ John D. Denkenberger
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
litdoc@cojk.com

s/ Matthew J. Marquardt
Matthew J. Marquardt, WSBA No.: 25,371
John S. Artz (admitted pro hac vice)
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone: 416.777.2393
Fax: 844.670.6009
E-mail: MMarquardt@dickinsonwright.com;
JSArtz@dickinsonwright.com

s/ Jessica L. Goldman
Jessica L. Goldman, WSBA No.: 21856
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: 206.676.7000
Fax: 206.676.7001
E-mail: jessicag@summitlaw.com

*Attorney for Defendant Rugby Aviation LLC d/b/a San Juan Airlines*

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DATES (2:18-cv-00299-RSL) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

*Attorneys for Plaintiffs New Flyer Industries Canada ULC and New Flyer of America Inc.*

STIPULATED MOTION EXTENDING INITIAL
SCHEDULING DATES (2:18-cv-00299-RSL) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100