Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEW FLYER INDUSTRIES CANADA ULC, and NEW FLYER OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> RUGBY AVIATION LLC d/b/a SAN JUAN AIRLINES, <br><br> Defendant. | No. 2:18-cv-00299-RSL <br><br> JOINT STATUS CONFERENCE STATEMENT |

Pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement dated March 14, 2018 (Dkt. No. 8) and the Order Extending Initial Scheduling Dates (Dkt. No. 12), the parties have met and conferred on the topics set forth in Fed. R. Civ. P. 26(f) and report to the Court as follows:

1. <u>Plaintiff's Statement and Complexity of the Case</u>:   This case involves Plaintiffs' claims for infringement of various trademark rights, trademark dilution, and unfair competition.  Plaintiffs' claims rest largely on its use and rights in the trademarks that are the subject of U.S. Reg. No. 3,358,708, U.S. Reg. No. 5, 405,486, U.S. Reg. No. 6,263,347, U.S. Application Serial No. 87/632,814; and U.S. Application Serial No. 87/556,621 (collectively the "New Flyer Trademark Rights").  Plaintiffs own all right, title and interest in and to the New Flyer Trademark Rights.  Primarily, Plaintiffs assert that Defendant's adoption and use of its wings design and associated logo infringes one or more the New Flyer Trademark

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

Rights. Plaintiffs further assert that further elements of Defendant's branding, including choice of colors, fonts, and the 'look and feel' of its branding, trade unfairly on Plaintiffs' unique branding style and exacerbate the likelihood of mistaken understandings of endorsement or affiliation among relevant portions of Plaintiffs' and Defendant's customers. Plaintiffs seek a permanent injunction and an award of money damages. Plaintiffs also seek an award of attorneys' fees under 15 U.S.C. §1117.

The issues requiring resolution include (i) whether Defendant infringes the New Flyer Trademark Rights or other elements of Plaintiff's branding, (ii) Defendant's intent in selecting its allegedly infringing trademark and branding style, and (iii) the scope of injunctive relief to be afforded to Plaintiffs; and (iv) the amount of damages to be awarded to Plaintiffs. The Parties do not consider this matter to be a complex case.

<u>Defendant's Statement of the Case</u>: Plaintiff manufactures large commercial buses in Manitoba, Canada. Defendant San Juan Airlines is a business in Bellingham, Washington that provides flights on small airplanes in northwestern Washington and in British Columbia, Canada. Plaintiff alleges that San Juan Airlines' logo infringes on the conceptually weak and dissimilar logo Plaintiff uses on the commercial busses it sells in wholly distinct marketing channels. There is no reasonable likelihood of confusion among consumers looking for regional flights from Bellingham, Washington and purchasers of commercial buses from a manufacturing company in Manitoba. Neither San Juan Airlines nor the graphic design company it hired to create the airline's logo, had any knowledge of the Canadian bus manufacturing company prior to the infringement claim asserted by Plaintiff. Moreover, San Juan Airlines has been using the orange and blue logos and cursive script long before Plaintiff incorporated the color scheme and cursive script into its logo. San Juan Airlines seeks dismissal of this baseless lawsuit along with an award of attorney's fees and costs.

2. <u>Proposed Deadline for Joining Additional Parties</u>: The parties agree that any additional parties shall be joined by August 31, 2018.

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 2

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

3. <u>Assignment of Case to Magistrate</u>: The parties do not consent to assignment of the case to a magistrate for all proceedings, including trial.

4. <u>Related Cases</u>: The parties state that there are no known related cases pending in this or any other jurisdiction.

5. <u>Rule 26(a)(1) Disclosures</u>: The parties exchanged Rule 26(a)(1) disclosures on June 4, 2018.

6. <u>Timing of Rule 26(a)(2)-(4) Disclosures</u>: The parties do not propose any changes to the timing of pretrial disclosures. The parties propose that expert disclosures be exchanged after the close of fact discovery according to the following schedule:

- Initial reports from the party having the burden of proof due thirty (30) days after the close of fact discovery
- Rebuttal reports due thirty (60) days after service of any Initial Reports
- Close of all discovery thirty (30) days after service of expert rebuttal reports

7. <u>Subjects of Discovery/Expeditious Resolution</u>: The parties anticipate requiring discovery on issues of trademark infringement and damages. The parties do not agree to have the magistrate hear discovery disputes. The parties agree that they will submit a Stipulated Protective Order for entry by the Court that will govern the exchange of confidential information in this case.

8. <u>Document Preservation</u>: The parties have issued respective document preservation instructions.

9. <u>Electronic Discovery</u>: The parties are preparing an Electronic Discovery Order for the Court's consideration that at least substantially follows the Court's local model ESI Order. The Proposed Order will contain requirements for the format of all electronically-produced information.

10. <u>Claims of Privilege and Work Product</u>: The parties do not currently believe that this case involves any unique or extensive claims of privilege or work product immunity. The parties agree to exchange privilege logs 30 days before the fact discovery cut-off for

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

documents withheld on the basis of attorney-client and work product privilege, except that the parties agree that work product materials prepared in anticipation of this litigation and trial preparation materials need not be logged. The parties also agree that privileged documents created after the filing date of this litigation also need not be logged.

11. <u>Inadvertent Disclosure of Privileged Information</u>: The parties will include a procedure for addressing inadvertent disclosure of privileged information in the Stipulated Protective Order they will submit to the Court for entry.

12. <u>Discovery cut off</u>: The parties agree that fact discovery can be completed by January 31, 2019. The parties agree that expert discovery shall begin after the conclusion of fact discovery and shall conclude by April 30, 2019.

13. <u>Discovery Limitations</u>: The parties agree to abide by the discovery limits in the Federal Rules of Civil Procedure.

14. <u>Phasing of Motions, bifurcation</u>: The parties agree that the discovery should proceed on all liability and damages issues. The parties also agree that expert discovery should be bifurcated from fact discovery and shall take place immediately after the conclusion of fact discovery. However, the parties agree that each shall identify by name the testifying expert witnesses engaged by that party during the initial phase of fact discovery. The parties are not in a position to determine yet whether the phasing of dispositive motions will yield efficiencies.

15. <u>Alternative Dispute Resolution</u>: Plaintiff does not currently see the benefit to early mediation.

16. <u>Ready for Trial</u>: The parties expect that this case will be ready for trail by August 1, 2019.

17. <u>Jury or non-jury trial</u>: Plaintiff included a jury demand in its Complaint.

18. <u>Length of Trial</u>: The parties estimate that 7 full trial days will be required.

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 4

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

19. <u>Corporate Disclosures</u>: Plaintiffs submitted their Corporate Disclosure Statement on February 27, 2018.  Defendant submitted its Corporate Disclosure Statement on April 20, 2018.

DATED this 11th day of June, 2018.

| | |
|---|---|
| s/John D. Denkenberger | s/Jessica L. Goldman |
| John D. Denkenberger, WSBA No.: 25,907 | Jessica L. Goldman, WSBA No.: 21856 |
| Christensen O'Connor Johnson Kindness<sup>PLLC</sup> | Summit Law Group PLLC |
| 1201 Third Avenue, Suite 3600 | 315 Fifth Avenue South, Suite 1000 |
| Seattle, WA  98101-3029 | Seattle, WA 98104 |
| Telephone: 206.682.8100 | Telephone: 206.676.7000 |
| Fax:  206.224.0779 | Fax:  206.676.7001 |
| E-mail: john.denkenberger@cojk.com, litdoc@cojk.com | E-mail:  jessicag@summitlaw.com |
| | *Attorney for Defendant RUGBY AVIATION LLC d/b/a SAN JUAN AIRLINES* |

Matthew J. Marquardt, WSBA No.:  25,371
John S. Artz (admitted pro hac vice)
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone:  416.777.2393
Fax:  844.670.6009
E-mail:  MMarquardt@dickinsonwright.com; JSArtz@dickinsonwright.com

*Attorneys for Plaintiffs New Flyer Industries Canada ULC and New Flyer of America Inc.*

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 5

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018 I caused to have electronically filed the foregoing paper with the Court's electronic filing system, which will send notification of such filing to all counsel of record.

s/ John D. Denkenberger _____
John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson KindnessPLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
litdoc@cojk.com

JOINT STATUS CONFERENCE STATEMENT
(2:18-cv-00299-RSL) - 6

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1201 Third Avenue
Suite 3600
Seattle, WA 98101-3029
1.206.682.8100