1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15

NEW FLYER INDUSTRIES CANADA ULC,
et al.,

                    Plaintiffs,

          v.

RUBGY AVIATION, LLC,

                    Defendant.

Case No. 2:18-CV-299-RSL

MINUTE ORDER
RENOTING MOTION ON
COURT'S CALENDAR

16
17

      The following Minute Order is made and entered on the docket at the discretion of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

18
19
20
21
22
23
24

      Defendant in the above-captioned matter filed a motion[1] on May 16, 2019, "Motion to

Remove Confidentiality Designations and Contingent Motion to Seal," noted for May 24, 2019.

Dkt. #50. Pursuant to Local Civil Rule 7(d)(3), this motion should have been noted on the

Court's calendar for no earlier than the third Friday after the date of filing. The Clerk of Court is

directed to renote defendant's motion on the Court's calendar for Friday, May 31. Any

opposition shall be filed and served on defendant no later than 4:30 p.m. on Tuesday, May 28.

Any reply shall be filed and served no later than 4:30 p.m. on Friday, May 31.

25
26
27
28

_____

      [1] A sealed version of this motion was also filed at Dkt. #48.

MINUTE ORDER RENOTING MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS AND CONTINGENT
MOTION TO SEAL - 1

1       DATED this 20th day of May, 2019.

2                                                      s/ Kerry Simonds

3                                             Kerry Simonds, Deputy Clerk to the
Honorable Robert S. Lasnik, Judge

MINUTE ORDER RENOTING MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS AND CONTINGENT
MOTION TO SEAL - 2