The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

NEW FLYER INDUSTRIES CANADA ULC and NEW FLYER OF AMERICA INC.,

    Plaintiffs,

vs.

RUGBY AVIATION, LLC d/b/a SAN JUAN AIRLINES,

    Defendant.

Case No. 2:18-cv-00299

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL

**Note on Motion Calendar:**
June 21, 2019

---

THIS MATTER having come before the Court on Plaintiffs' Motion to Seal Documents Designated as Confidential, the Court having reviewed the Motion, the response, and reply, and being fully advised as to the issues presented, the Court hereby RULES that Plaintiffs have met their burden under LCR 5(g)(3).

Therefore, the Court ORDERS, ADJUDGES AND DECREES that Plaintiffs' Motion to Seal is GRANTED. Confidential designations shall be maintained and the Clerk of the Court shall keep under seal the following:

1. Exhibit 1 to the Declaration of John S. Artz in Support of Plaintiffs' Opposition to San Juan Airlines' Motion for Summary Judgment, which is an unredacted version of a confidential interrogatory response.

2. Exhibit 7 to the Declaration of John S. Artz in Support of Plaintiffs' Opposition to San Juan Airlines' Motion for Summary Judgment, which are Google Analytics.

1

DATED this 15th day of July, 2019.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

**DICKINSON WRIGHT PLLC**

/s/ John S. Artz
John S. Artz (Admitted Pro Hac Vice)
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200
Fax: (844) 670-6009
JSArtz@dickinsonwright.com

Matthew J. Marquardt, WSBA No.: 25371
199 Bay Street, Suite 2200
P.O. Box 447, Commerce Court Postal Station
Toronto, ON Canada M5L 1G4
Telephone: (416) 777-2393
Fax: (844) 670-6009
MMarquardt@dickinsonwright.com

**CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC**

John D. Denkenberger, WSBA No.: 25,907
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101-3029
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: john.denkenberger@cojk.com,
litdoc@cojk.com

*Attorneys for Plaintiffs*

2