UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW FLYER INDUSTRIES CANADA ULC, and NEW FLYER OF AMERICA INC., <br><br> Plaintiffs, <br><br> v. <br><br> RUGBY AVIATION, LLC d/b/a SAN JUAN AIRLINES, <br><br> Defendant. | Case No. 2:18-CV-299-RSL <br><br> ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESS |

This matter comes before the Court on the "Motion to Exclude Plaintiffs' Expert Witness Philip G. Hampton II and to Strike His Report" filed by defendant Rugby Aviation, LLC d/b/a San Juan Airlines ("San Juan Airlines"). Dkt. #71. The Court has granted San Juan Airlines' motion for summary judgment. Dkt. #76. San Juan Airlines' motion to exclude expert witness Philip G. Hampton II is accordingly DENIED as moot.

DATED this 3rd day of September, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO EXCLUDE EXPERT WITNESS - 1